IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JONATHAN MOORE                                                              PLAINTIFF
ADC #143334

V.                              NO: 5:12CV00213 KGB

RAY HOBBS *et al.*                                                        DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 20 day of August, 2012.

*Kristine G Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE